# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUESTS FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>**SEVEN DAY DEADLINE** |

Plaintiff filed this action on September 7, 2023. (ECF No. 1.) On October 27, 2023, Plaintiff filed executed summonses demonstrating answers from Defendants were due on November 7, 2023, and November 13, 2023. (ECF Nos. 5, 6, 7.) No responsive pleadings have been filed, nor requests for entry of default. A scheduling conference is currently scheduled for December 19, 2023. (ECF No. 3.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of entry of this order, Plaintiff shall either file requests for entry of default on the non-responding Defendants, a stipulation extending the time to respond and request to continue the conference, or some other notice on the status of this action regarding the parties' readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:  **November 29, 2023**

UNITED STATES MAGISTRATE JUDGE