# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PHARILYN CHHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01335-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 13) |
|---|---|

　　　On December 6, 2023, a stipulation was filed requesting to extend the time for Defendant Housing Authority of Madera to file a responsive pleading and to continue the scheduling conference. (ECF No. 13.) The Court finds good cause to approve the stipulated request.

　　　Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

　　　1.　Defendant Housing Authority of Madera shall file a pleading responsive to the complaint on or before **December 22, 2023**;

　　　2.　The scheduling conference set for December 19, 2023, is CONTINUED to **January 25, 2024, at 9:30 a.m.** in Courtroom 9[1]; and

///

---

[1] The parties' requested date is unavailable.  The parties may contact the Courtroom Deputy to obtain alternative dates.

1

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __December 7, 2023__

_____
UNITED STATES MAGISTRATE JUDGE