# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>    Defendants. | Case No.  1:23-cv-01335-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT RESPOND TO COMPLAINT<br><br>(ECF No. 15) |

On December 7, 2023, the Court granted a stipulated request extending the time for Defendant Housing Authority of the City of Madera to file a responsive pleading until December 22, 2023.  (ECF Nos. 13, 14.)  On December 19, 2023, the parties filed a stipulated request to extend the deadline until January 10, 2024.  (ECF No. 15.)  The Court finds good cause to approve the stipulated request.

Accordingly, IT IS HEREBY ORDERED that Defendant Housing Authority of Madera shall file a pleading responsive to the complaint on or before **January 10, 2024**.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE

1