# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT AND VACATING THE SCHEDULING CONFERENCE SET FOR APRIL 2, 2024<br><br>(ECF No. 17) |

Given Plaintiff's filing of the first amended complaint in this matter on January 21, 2024 (ECF No. 24), the Court shall DENY Defendant Housing Authority of the City of Madera's pending motion to dismiss as moot (ECF No. 17).  Further, the scheduling conference set for April 2, 2024 is VACATED to allow time for Defendants to file responses to Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated:  **January 30, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE