# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT HOUSING AUTHORITY OF THE CITY OF MADERA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 32, 35) |

　　　　On February 5, 2024, Defendant Housing Authority of the City of Madera filed a motion to dismiss Plaintiff's first amended complaint. (ECF No. 32.)  The hearing on the motion is set for March 27, 2024.  On February 9, 2024, the parties filed a stipulated motion to modify the briefing schedule on the motion. (ECF No. 35.)  The Court finds good cause to grant the request.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. 　　The stipulated motion to modify the briefing schedule on the Defendant Housing Authority of the City of Madera's motion to dismiss (ECF No. 35) is GRANTED;

2. 　　Plaintiff shall file the opposition to the Defendant's motion to dismiss **on or before March 6, 2024**; and

/ / /

/ / /

1

3. Defendant Housing Authority of the City of Madera shall file any reply **on or before March 13, 2024**.

IT IS SO ORDERED.

Dated:  **February 12, 2024**

UNITED STATES MAGISTRATE JUDGE