# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.<br><br>　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER CONTINUING DEFENDANT HOUSING AUTHORITY OF THE CITY OF MADERA'S MOTION TO DISMISS TO APRIL 3, 2024<br><br>(ECF Nos. 32, 41) |

On February 5, 2024, Defendant Housing Authority of the City of Madera filed a motion to dismiss Plaintiff's first amended complaint. (ECF No. 32.) The hearing on the motion is currently set for March 27, 2024. (Id.) On March 15, 2024, the parties filed a stipulated request to continue the hearing to April 3, 2024. (ECF No. 19.) The Court finds good cause to grant the request based on the proffer the continuance is required due to scheduling conflicts of Plaintiff's counsel.

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion set for March 27, 2024, is CONTINUED to **April 3, 2024, at 10:00 a.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated: **March 15, 2024**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1