# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER RESETTING INITIAL SCHEDULING CONFERENCE TO JULY 11, 2024 |

On January 25, 2024, the Court held an initial scheduling conference but did not issue a scheduling order given the Housing Authority of the City of Madera ("HACM") stated it intended to file a motion to dismiss Plaintiff's first amended complaint, which had been filed on January 21, 2024. (ECF No 26.) The Court tentatively continued the scheduling conference to April 2, 2024. (ECF No. 26.) HACM filed a motion to dismiss, and the Court vacated the April 2, 2024 scheduling conference without resetting a new date. (ECF No. 30.)

Given the Court's adjudication of HACM's motion to dismiss, the Court shall reset the initial scheduling conference and require Plaintiff and Defendants West Coast USA Properties LLC and Sergio Madrigal to file a new joint scheduling conference report.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference is set for **July 11, 2024, at 1:30 p.m.** in **Courtroom 9**; and

2. The parties shall file a new joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 3, 2024**

UNITED STATES MAGISTRATE JUDGE