# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PHARILYN CHHANG, | Case No. 1:23-cv-01335-SAB |
|---|---|
| Plaintiff, | ORDER VACATING THE JULY 10, 2024 HEARING REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| WEST COAST USA PROPERTIES LLC, et al., | ORDER VACATING THE JULY 11, 2024 SCHEDULING CONFERENCE |
| Defendants. | (ECF Nos. 50, 54) |

A hearing is currently set for July 10, 2024, regarding Plaintiff's motion for reconsideration. (ECF No. 50.) Having considered the parties' briefing, the Court finds this matter suitable for decision without oral argument and shall vacate the hearing set for July 10, 2024.

On January 25, 2024, the Court held an initial scheduling conference but did not issue a scheduling order given Defendant Housing Authority of the City of Madera's ("HACM") intention to file a motion to dismiss Plaintiff's first amended complaint. Following the Court's adjudication of HACM's motion to dismiss—the subject of Plaintiff's pending motion for reconsideration—the Court reset the scheduling conference to July 11, 2024. (ECF No. 48.) On June 28, 2024, Plaintiff and Defendants West Coast USA Properties LLC and Sergio Madrigal filed their joint status report well in advance of the scheduling conference. Given the pending motion for reconsideration and the parties' diligence in preparing their joint report, the Court

shall vacate the July 11, 2024 scheduling conference. The Court shall issue a scheduling order on the papers. Should the Court need to set a scheduling conference or require HACM to join the scheduling report, the Court shall issue an order accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing regarding Plaintiff's motion for reconsideration set for July 10, 2024, at 10:00 a.m. in Courtroom 9, is VACATED and shall be taken under submission; and

2. The scheduling conference set for July 11, 2024, at 1:30 p.m. in Courtroom 9, is VACATED. The Court shall issue a scheduling report on the papers in due course.

IT IS SO ORDERED.

Dated: **July 3, 2024**

UNITED STATES MAGISTRATE JUDGE

2