# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-01335-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 58)<br><br>**FIVE DAY DEADLINE** |

On June 28, 2024, the parties filed a joint scheduling report proposing a July 22, 2024 deadline to amend the pleadings.  (ECF No. 54 at 4.)  The Court vacated the scheduling conference set for July 11, 2024 and issued a scheduling order on July 9, 2024, which set the deadline to amend the pleadings for July 22, 2024.  (ECF Nos. 55, 57.)

On July 22, 2024, Plaintiff filed an "unopposed motion to extend deadline to amend pleadings."  (ECF No. 58.) Plaintiff avers her counsel is unavailable from July 5, 2024 to August 7, 2024 and is therefore unable to prepare and file a motion to amend the pleadings, should one be warranted. [1]   (Id. at 2.)  Plaintiff states Defendants do not oppose the motion; however, Defendants neither stipulated to the motion nor filed a statement of non-opposition.  See L.R. 230(c).

---

[1] Plaintiff is reminded that she must "seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent.  Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."  L.R. 144(d).

1

The Court shall therefore require Defendants to file an opposition or non-opposition to Plaintiff's motion to modify the scheduling order to extend the deadline to amend the pleadings within five (5) days.  If Defendants require additional time to prepare an opposition pursuant to Local Rule 230(c), they may request such extension in the filing.  Alternatively, the parties may submit a stipulation to modify the scheduling order within five (5) days.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **five (5) days** of entry of this order, Defendants shall file an opposition or non-opposition to Plaintiff's motion to modify the scheduling order;

2. If Defendants file an opposition, Plaintiff may file a reply within **three (3) days** of service of the opposition; and

3. The parties may alternatively stipulate to a modification of the scheduling order within **five (5) days** of entry of this order.

IT IS SO ORDERED.

Dated:   **July 23, 2024**

UNITED STATES MAGISTRATE JUDGE