# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 58) |

　　　　Plaintiff initiated this action on September 7, 2023. (ECF No. 1.) A scheduling order for this matter issued on July 9, 2024. (ECF No. 57.) As relevant here, the deadline to amend the pleadings was set for July 22, 2024.

　　　　On July 22, 2024, Plaintiff filed an "unopposed motion to extend deadline to amend pleadings." (ECF No. 58.) Plaintiff does not seek to modify any of the other deadlines set forth in the scheduling order. Plaintiff avers her counsel is unavailable from July 5, 2024 to August 7, 2024 and is therefore unable to prepare and file a motion to amend the pleadings, should one be warranted. (Id. at 2.) Plaintiff therefore requests a thirty-day extension to the deadline to file any motions to amend the pleadings. On July 23, 2024, Defendants filed a statement of non-opposition. (ECF No. 60.)

　　　　The Court finds good cause exists to grant the requested relief. However, the parties are reminded that requests to modify the scheduling order that are made on the date of the deadline

1

will be looked upon with disfavor and may be denied absent a showing of additional good cause for the delay in seeking an extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to modify the scheduling order (ECF No. 58) is GRANTED and the scheduling order is modified as follows:

1. The deadline to amend the pleadings is extended to **August 21, 2024**; and
2. All remaining deadlines set forth in the scheduling order, as modified, shall remain unaltered.

IT IS SO ORDERED.

Dated:   **July 24, 2024**

UNITED STATES MAGISTRATE JUDGE