# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER GRANTING MOTION TO STAY<br><br>(ECF No. 73) |

　　　　Before the Court is the parties' joint motion for a stay.  On July 9, 2024, the Court entered a case management scheduling order, including the following deadlines:  November 5, 2024: Disclosure of Experts; December 9, 2024: Disclosure of Rebuttal Experts; and January 20, 2025: Completion of All Discovery.

　　　　On September 11, 2024, the Court granted Plaintiff's motion to file a second amended complaint, in order to add Dibuduo & Defendis Insurance Brokers, LLC, as a defendant. (ECF No. 64.)  Plaintiff filed a second amended complaint on September 16, 2024. (ECF No. 65.)  On October 24, 2024, the Court granted substitution of counsel for Defendants West Coast USA Properties LLC and Sergio Madrigal. (ECF No. 71.)  On October 25, 2024, Defendant Dibuduo & Defendis Insurance Brokers, LLC filed a motion to dismiss. (ECF No. 72.)

　　　　The parties now move to for a stay because newly retained counsel for Defendants West Coast USA Properties LLC and Sergio Madrigal, and counsel for newly appearing Defendant Dibuduo &Defendis Insurance Brokers, LLC, will not have an opportunity to determine the need

for experts in this action. (ECF No. 73.) The parties also state that setting, coordinating, and completing discovery under the current case management schedule with new counsel poses challenges to both Defendants and Plaintiff. (Id.) Finally, the parties note that their motion is timely because no deadlines have expired, and the parties proffer that granting a stay will not delay the ultimate resolution of this action. (Id.)

Having considered the parties' joint motion, and good cause appearing therefor, it is HEREBY ORDERED:

1. The deadlines set forth in the current case management scheduling order (ECF No. 57) are stayed;
2. The Court will conduct a further scheduling conference in this action on January 28, 2025, at 1:30 p.m. The conference will be conducted by video conferencing. Instructions for participating in the conference will be provided by the deputy clerk.; and
3. The parties shall file a joint scheduling report seven (7) days before the scheduling conference.

IT IS SO ORDERED.

Dated: **October 31, 2024**

UNITED STATES MAGISTRATE JUDGE