UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>          Plaintiff,<br><br>     v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>          Defendants. | No. 1:23-cv-01335-SAB<br><br>ORDER REGARDING CONSENT TO, DECLINE TO, OR WITHHOLD CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN **SEVEN (7) DAYS.** |

On January 26, 2024, Plaintiff Pharilyn Chhang and Defendants Sergio Madrigal and West Coast USA Properties, LLC consented to magistrate judge jurisdiction and the case was reassigned to the undersigned for all purposes including trial and entry of judgment. (ECF Nos. 27, 28.)

On September 16, 2024, Plaintiff filed a second amended complaint which added Dibuduo & Defendis Insurance Brokers, LLC as a defendant in this action. (ECF No. 65.) On October 25, 2024, Dibuduo & Defendis Insurance Brokers, LLC filed a motion to dismiss the second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 72.) The motion is currently set before the undersigned and a hearing is scheduled for December 4, 2024.

The Court's review of the docket indicates Defendant Dibuduo & Defendis Insurance Brokers, LLC has not yet completed this Court's Consent/Decline Form, indicating whether

1

1  Defendant consents to or declines Magistrate Judge jurisdiction.

2      The Fresno Division of the Eastern District of California has one of the heaviest District
3  Judge caseloads in the entire nation. Though the Court will use its best efforts to resolve this case
4  and all other civil cases in a timely manner, the parties' needs and expectations may not be met as
5  expeditiously as desired. (<u>See, e.g.</u>, ECF No. 22 ("As a result of the ongoing judicial resource
6  emergency in this District, approximately 100 regular civil motions remain under submission
7  before the [previously assigned District Judge]. As a result, it is likely to be six **or more** months
8  until the motion(s) in this matter is resolved.") (emphasis in original).) Further, District Judges
9  are setting multiple trials to begin upon the same date, and as a result parties may find their case
10 trailing with little notice before the trial begins. The law requires the Court give any criminal
11 case priority over civil trials and other matters, and the Court must proceed with criminal trials
12 even if a civil trial is older or was set earlier. If multiple trials are scheduled to begin on the same
13 day, this civil trial will trail day to day or week to week until completion of any criminal case or
14 older civil case.

15     Defendant is advised of the continued availability of a United States Magistrate Judge to
16 conduct all proceedings in this action. A United States Magistrate Judge is available to rule upon
17 dispositive motions and conduct trials if need be, including entry of final judgment, pursuant to
18 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.

19     Defendant Dibuduo & Defendis Insurance Brokers, LLC is advised that it is free to
20 decline or withhold consent without any adverse substantive consequences. The Court does not
21 take any position on the merits of any claim or defense in this case by issuing this order.

22     Accordingly, IT IS HEREBY ORDERED that:

23     1.    The Clerk of Court is DIRECTED to send Defendant Dibuduo & Defendis
24         Insurance Brokers, LLC a copy of the Court's Consent/Decline Form;

25     2.    Within **seven (7) days** from the date of service of this Order, Defendant Dibuduo
26         & Defendis Insurance Brokers, LLC may complete and return the Form; and

27 / / /

28 / / /

3. If the form is not received within **seven days**, the Court will assume that Defendant Dibuduo & Defendis Insurance Brokers, LLC has withheld consent and will proceed accordingly.

IT IS SO ORDERED.

Dated:  **November 8, 2024**

STANLEY A. BOONE
United States Magistrate Judge