# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>WEST COAST USA PROPERTIES LLC, et al.<br><br>  Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER CONTINUING DEFENDANT DIBUDUO & DEFENDIS INSURANCE BROKERS, LLC'S MOTION TO DISMISS TO DECEMBER 18, 2024<br><br>(ECF Nos. 72, 80) |

On October 25, 2024, Defendant Dibuduo & Defendis Insurance Brokers, LLC filed a motion to dismiss Plaintiff's second amended complaint. (ECF No. 72.) The hearing on the motion is currently set for December 4, 2024. (Id.) On November 21, 2024, Plaintiff filed a motion to continue the hearing to December 18, 2024. (ECF No. 80.) Plaintiff proffers the motion is not opposed by counsel for defendants.[1] The Court finds good cause to grant the request based on the proffer the continuance is unopposed and required due to personal scheduling conflicts of Plaintiff's counsel.

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion set for December 4, 2024, is CONTINUED to **December 18, 2024, at 10:00 a.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated:   **November 21, 2024**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court strongly encourages the parties to file a stipulation where they have agreed to the request submitted.

1