# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER VACATING DECEMBER 18, 2024 HEARING DATE |

Defendant Dibuduo & Defendis Insurance Brokers, LLC filed a motion to dismiss on October 25, 2024. (ECF No. 72.) The motion is fully briefed and is set to be heard on December 18, 2024. (ECF No. 81.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on December 18, 2024, is vacated, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __December 16, 2024__

　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1