# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG, | Case No. 1:23-cv-01335-SAB |
| Plaintiff, | ORDER CONTINUING JUNE 25, 2025 HEARING DATE TO JULY 9, 2025 |
| v. | |
| WEST COAST USA PROPERTIES LLC, et al., | |
| Defendants. | |

On May 27, 2025, Plaintiff filed a notice she would move to compel Defendant Dibuduo & Defendis Insurance Brokers, LLC to provide further responses to Plaintiff's first set of interrogatories and to produce additional documents in response to Plaintiff's first request for production of documents. (ECF No. 93.) A hearing was set for June 25, 2025.

On June 6, 2025, Plaintiff filed a notice that the hearing regarding the discovery motion would be rescheduled to July 9, 2025.

Pursuant to Plaintiff's request, the hearing related to Plaintiff's discovery motion shall be continued to **July 9, 2025**. The Joint Statement re Discovery Disagreement shall be filed **no later than June 25, 2025**.

The parties are also reminded of the availability of the undersigned's informal discovery dispute procedure to resolve disputes outside the formal Local Rule 251 procedures, which is

1

intended to avoid litigation costs and quickly resolve an issue. The informal process does not allow for the imposition of sanctions on a party and allows for a shorter time frame in which to be heard. Please see the procedures on the Court's website or request that the procedures be sent to you by the Court's Courtroom Clerk, Jan Nguyen.

IT IS SO ORDERED.

Dated: **June 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge