1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| PHARILYN CHHANG, | Case No.  1:23-cv-01335-SAB |
| Plaintiff, | ORDER CONTINUING JULY 9, 2025 HEARING DATE TO JULY 30, 2025 |
| v. | |
| WEST COAST USA PROPERTIES LLC, et al., | |
| Defendants. | |

12
13
14
15
16
17

18   On May 27, 2025, Plaintiff filed a notice she would move to compel Defendant Dibuduo

19   & Defendis Insurance Brokers, LLC to provide further responses to Plaintiff's first set of

20   interrogatories and to produce additional documents in response to Plaintiff's first request for

21   production of documents. (ECF No. 93.)  A hearing was set for June 25, 2025, then continued to

22   July 9, 2025, at Plaintiff's request. (ECF Nos. 94, 95.)

23   On June 24, 2025, Plaintiff filed a notice that the hearing regarding the discovery motion

24   would be rescheduled to July 30, 2025 to allow Plaintiff to review Defendant's recently served

25   amended responses to certain interrogatories at issue.

26   Pursuant to Plaintiff's request, the hearing related to Plaintiff's discovery motion shall be

27   continued to **July 30, 2025**.  The Joint Statement re Discovery Disagreement shall be filed **no**

28   **later than July 16, 2025**.

1

1    The parties are again reminded of the availability of the undersigned's informal discovery

2   dispute procedure to resolve disputes outside the formal Local Rule 251 procedures, which is

3   intended to avoid litigation costs and quickly resolve an issue. The informal process does not

4   allow for the imposition of sanctions on a party and allows for a shorter time frame in which to be

5   heard.  Please see the procedures on the Court's website or request that the procedures be sent to

6   you by the Court's Courtroom Clerk, Jan Nguyen.

7

8   IT IS SO ORDERED.

9   Dated:    **June 25, 2025**    _____

    STANLEY A. BOONE
10   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28