# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 98) |

Before the Court is the parties' stipulation to continue the hearing on Plaintiff's motion to compel. For good cause shown, the Court approves the stipulation and ORDERS that hearing on Plaintiff's motion to compel is continued to August 20, 2025, at 10:00 a.m. The parties' joint statement is due August 6, 2025.

IT IS SO ORDERED.

Dated:  **July 17, 2025**

　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge