# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 110) |

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows[1]:

1. Oppositions to Dispositive Motions:     November 21, 2025
2. Reply Briefs:     December 3, 2025
3. Hearing:     December 17, 2025 at 10:00 am

IT IS SO ORDERED.

Dated:   **October 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] In light of these changes to the scheduling order, the Court may need to modify the pre-trial conference and trial dates; however, it declines to do so at this time.