# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER REGARDING STIPULATION TO EXPAND PAGE LIMIT FOR PLAINTIFF'S BRIEF IN SUPPORT OF SUMMARY JUDGMENT<br><br>(ECF No. 119) |

　　　Before the Court is the parties' stipulation to expand the page limit for Plaintiff's brief in support of summary judgment. Plaintiff requests a five-page expansion. For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have 30 pages for her brief in support of summary judgment.

IT IS SO ORDERED.

Dated: __October 30, 2025__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge