# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 142) |

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. (ECF No. 142.)  For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

1. Joint Pretrial Statement:     April 17, 2026
2. Pretrial Conference:          April 24, 2026 at 9:30 am
3. Jury Trial:                   June 9, 2026, at 8:30 am, 4 days

IT IS SO ORDERED.

Dated:  **December 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge