# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG, | Case No.  1:23-cv-01335-SAB |
| Plaintiff, | ORDER VACATING JUDGMENT |
| v. | (ECF No. 157) |
| WEST COAST USA PROPERTIES LLC, et al., | |
| Defendants. | |

On March 20, 2026, the Court issued an order, *inter alia*, granting Defendant Dibuduo & Defendis Insurance Brokers, LLC's motion for summary judgment and directing the Clerk of Court to enter judgment in its favor.  (ECF No. 156.)  However, claims remain pending against West Coast USA Properties LLC and Sergio Madrigal.  (Id.)  Accordingly, consistent with the "final judgment rule," the Court VACATES the previously entered judgment (ECF No. 157) and will enter a final judgment at the conclusion of this action.  See 28 U.S.C. § 1291.

IT IS SO ORDERED.

Dated:    **March 20, 2026**    

STANLEY A. BOONE
United States Magistrate Judge

1