# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG, | Case No. 1:23-cv-01335-SAB |
| Plaintiff, | ORDER DENYING DEFENDANTS' NOTICE OF MAY 20, 2026 HEARING ON MOTION TO WITHDRAW ADMISSIONS DEEMED ADMITTED |
| v. | |
| WEST COAST USA PROPERTIES LLC, et al., | |
| Defendants. | |

On May 6, 2026, Defendants West Coast USA Properties, LLC and Sergio Madrigal filed a motion to withdraw admissions deemed admitted. (ECF No. 166.) The Court observes that Defendants noticed the hearing for May 20, 2026, which is less than thirty-five (35) days after the motion was filed, contrary to the Local Rules. Pursuant to Local Rule 230, motions must be set for hearing on the motion calendar not less than thirty-five (35) days after service and filing of the motion. L.R. 230(b). If a party seeks to set a hearing date on less than thirty-five (35) days' notice, Local Rule 144 provides the procedure for shortening time. See L.R. 144(e). Because Defendants did not move to shorten time, the Court denies the noticed hearing date without prejudice.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1