# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>       Plaintiff,<br><br>     v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>       Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION TO EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO WITHDRAW REQUEST FOR ADMISSIONS DEEMED ADMITTED<br><br>(ECF No. 172)<br><br>**12:00 P.M. - MAY 15, 2026 DEADLINE** |

Before the Court is Defendants' ex parte application to shorten time to hold a hearing on Defendants' motion to withdraw request for admissions deemed admitted. (ECF No. 172; see ECF No. 166.) The Court DIRECTS Plaintiff to file an opposition, if any, to the ex parte application by **12:00 p.m., May 15, 2026**.

IT IS SO ORDERED.

Dated: __**May 14, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge