# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>      Plaintiff,<br><br>      v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>      Defendants. | Case No. 1:23-cv-1335-SAB<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO WITHDRAW REQUEST FOR ADMISSIONS DEEMED ADMITTED<br><br>(ECF Nos. 172, 174) |

On May 13, 2026, Defendants filed an *ex parte* application to shorten time for a hearing on its motion to withdraw request for admissions deemed admitted. (ECF No. 172; see ECF No. 166.) In support of their *ex parte* application, Defendants submitted an affidavit from counsel proffering that Plaintiff indicated she would oppose any application to shorten time, and thus a stipulation could not be obtained. (ECF No. 172 at 3.) Defendants subsequently filed a notice of errata stating that language was inadvertently omitted from counsel's declaration. (ECF No. 174.) The omitted language states that a shortened briefing schedule is necessary because trial is scheduled for next month and briefing on a regularly noticed motion would overlap with the trial schedule. (Id.)

On May 14, 2026, the Court ordered Plaintiff to file any opposition to the *ex parte* application by noon the following day. (ECF No. 173.) Plaintiff timely filed an opposition stating that Defendants failed to comply with the Local Rules. (ECF No. 175.) Although Defendants' initial *ex parte* application did not include the basis for shortening time, Defendants

subsequently filed a notice of errata explaining that such language was inadvertently omitted from counsel's declaration.  The Court finds Defendants have met the procedural requirements for an *ex parte* application to shorten time under Local Rule 144(e).

Upon review of Defendants' *ex parte* application and for good cause shown, the Court GRANTS Defendants' motion to shorten time.

Accordingly, it is HEREBY ORDERED that:

1.   Defendants' *ex parte* application to shorten time (ECF Nos. 172, 174) is GRANTED;

2.   Plaintiff's opposition to Defendants' motion to withdraw requests for admissions deemed admitted shall be filed **no later than Friday, May 22, 2026**; and

3.   A hearing on the motion to withdraw requests for admissions deemed admitted shall be held on **Friday, May 29, 2026 at 10:00 a.m. in Courtroom 9.**

IT IS SO ORDERED.

Dated:   **May 15, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2