# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>       Plaintiff,<br><br>      v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>       Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION TO DIBUDUO & DEFENDIS INSURANCE BROKERS, LLC'S MOTION TO QUASH<br><br>(ECF Nos. 187, 188)<br><br>**12:00 P.M. - JUNE 5, 2026 DEADLINE** |

Before the Court is DiBuduo & DeFendis's Insurance Brokers, LLC ("D&D")'s *ex parte* application to shorten time for hearing on its motion to quash Plaintiff's subpoena to Andrew Shaffer to appear and testify at trial.  (ECF Nos. 187, 188.)  Upon review of D&D's *ex parte* application and for good cause shown, the Court GRANTS D&D's application to shorten time. The Court DIRECTS Plaintiff to file an opposition, if any, to the motion to quash by **12:00 p.m., June 5, 2026**.

IT IS SO ORDERED.

Dated:  __**June 2, 2026**__          _____
                     STANLEY A. BOONE
                     United States Magistrate Judge