# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST USA PROPERTIES LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-01335-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 192)<br><br>**JULY 3, 2026 DEADLINE** |

On June 3, 2026, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within thirty days. (ECF No. 192.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1.   All pending matters and dates in this action are VACATED; and

2.   Plaintiff shall file dispositional documents **no later than July 3, 2026**.   Any request for an extension shall be supported by good cause.   L.R. 160(b).

IT IS SO ORDERED.

Dated:   **June 3, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge