# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG, | Case No. 1:23-cv-01335-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| WEST COAST USA PROPERTIES LLC, et al., | (ECF No. 194) |
| Defendants. | |

On June 3, 2026, the parties filed a notice of settlement, and the Court issued an order directing dispositional documents to be filed within thirty days. (ECF Nos. 192, 193.) On June 30, 2026, the parties filed a stipulation requesting an additional fourteen days to file dispositional documents. (ECF No. 194.) For good cause shown, the Court approves the stipulation and ORDERS that the parties shall have through **July 17, 2026**, to file dispositional documents. Any further request for an extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge