# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARILYN CHHANG,<br>Plaintiff,<br>v.<br>WEST COAST USA PROPERTIES LLC, et al.,<br>Defendants. | Case No. 1:23-cv-01335-SAB<br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME<br>(ECF No. 199) |

On July 21, 2026, Defendant Dibuduo & Defendis Insurance Brokers, LLC ("D&D") filed a motion for attorney's fees. (ECF No. 198.) Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opposition, and Defendant D&D may file an optional reply. (ECF No. 199.) Upon review and consideration, the Court approves the stipulation and ORDERS that Plaintiff shall have through **August 12, 2026**, to file an opposition, and Defendant D&D shall have through **August 24, 2026,** to file an optional reply.

IT IS SO ORDERED.

Dated: **July 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge